# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**MICHAEL QUINN** **PETITIONER**
Reg. #44373-037

v.                 **CASE NO. 2:15CV00080 BSM**

**C V RIVERA, Warden,**
**FCC-Forrest City Low**          **RESPONDENT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED that petitioner Michael Quinn's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is denied, and this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE