**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**MICHAEL QUINN**                                                                         **PETITIONER**
**Reg. #44373-037**

**v.**                               **CASE NO. 2:15CV00080 BSM**

**C V RIVERA, Warden,**
**FCC-Forrest City Low**                                                            **RESPONDENT**

## JUDGMENT

Consistent with the order entered separately today, this case is dismissed without

prejudice.

IT IS SO ORDERED this 25th day of March 2016.


_____
UNITED STATES DISTRICT JUDGE